THIS OPINION HAS NO PRECEDENTIAL VALUE

THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 

PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 South Carolina Department of Corrections, Appellant,
 v.
 Darrell Williams Respondent.
 
 
 

Appeal from Dorchester County
James C. Williams, Jr., Circuit Court Judge
Memorandum Opinion No.  2007-MO-024
Heard March 21, 2007  Filed April 23, 2007  
AFFIRMED 

 
 
 
 Lake E. Summers, of Malone, Thompson & Summers LLC, of Columbia, for appellant.
 Douglas H. Westbrook, of Charleston, for respondent.
 
 
 

PER CURIAM:  Affirmed pursuant to Rule 220(b), SCACR, and the following authorities:  Wicker v. S.C. Dept of Corrections, 360 S.C. 421, 602 S.E.2d 56 (2004); Adkins v. S.C. Dept of Corrections, 360 S.C. 413, 602 S.E.2d 51 (2004).
TOAL, C.J., MOORE, WALLER, BURNETT and PLEICONES, JJ., concur.